UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL CASE NO. 24-7-DLB-EBA**
**CIVIL ACTION NO. 25-101-DLB-EBA**

UNITED STATES OF AMERICA                                                     PLAINTIFF

v.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

TIMOTHY ESTEP                                                                DEFENDANT

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the January 27, 2026 Report and Recommendation of United States Magistrate Judge Edward B. Atkins (Doc. # 37), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docs. # 30 and 32) be denied. (Doc. # 37).

No objections having been filed, and the time to do so having now expired, the Recommended Disposition is ripe for the Court's consideration. The Court having reviewed the same, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 37) is hereby **ADOPTED** as the Opinion of the Court;

(2)     Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docs. # 30 and 32) is hereby **DENIED**;

1

(3) This matter is **DISMISSED with prejudice** and **STRICKEN** from the Court's active docket;

(4) For the reasons set forth in the Magistrate Judge's Recommended Disposition (Doc. # 37), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **A CERTIFICATE OF APPEALABILITY SHALL NOT ISSUE**; and

(5) A Judgment shall be entered contemporaneously herewith.

This 13th day of February, 2026.



Signed By:

<u>David L. Bunning</u>   *DB*

Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Covington Criminal\2024\24-7 Order Adopting R&R re 2255.docx