UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL CASE NO. 24-7-DLB-EBA**
**CIVIL ACTION NO. 25-101-DLB-EBA**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

v.                                        <u>**JUDGMENT**</u>

**TIMOTHY ESTEP**                                                                **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Consistent with the Memorandum Order Adopting Report and Recommendation entered today, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)    Defendant Timothy Estep's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Docs. # 30 and 32) is hereby **DENIED**;

(2)    For the reasons set forth in the Memorandum Order Adopting Report and Recommendation, the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILTY SHALL ISSUE;** and

(3)    This matter is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

1

This 13th day of February, 2026.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Covington Criminal\2024\24-7 Judgment.docx